## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

__SABRINA THORNE__
    Plaintiff

  V.

__EOS CCA__
    Defendant

CIVIL ACTION

NO.  __13-11208-GAO__

## **SETTLEMENT ORDER OF DISMISSAL**

__O'TOOLE  U.S.D.J.__

  The Court having been advised on __12/17/13__ that the above-entitled action has been settled;

  IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty(60) days if settlement is not consummated.

                 By the Court,

__12/17/13__            /s/ Paul Lyness
  Date              Deputy Clerk